UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>JOSE ALVAREZ HERNANDEZ,<br><br>　　　　　　　　Defendant. | Case no.  3:05-cr-00218-LRH-VPC<br><br>ORDER |

　　　　Before the court is defendant's Request for Concurrent Sentence Pursuant to U.S.S.G. 5G1.3(c) (doc. #38). In his motion, defendant requests that the sentence imposed by the court in this action be concurrent, or partially concurrent, to the sentence he was serving in the Nevada State Prison at the time of his federal sentencing.  Defendant's sentencing occurred on July 24, 2007, and was not appealed. Defendant did bring a motion to vacate and correct sentence pursuant to Title 28 U.S. Code § 2255 (doc. #34) in which various challenges were raised to the court but which did not include a challenge or a request that his federal sentence be served concurrently, or partially concurrently, with his Nevada state sentence.  Defendant's motion under § 2255 was denied by the court on April 16, 2009 (doc. #37).  No appeal was filed.  The present request for concurrent sentence was filed on July 18, 2009.

　　　　Defendant's pending request for concurrent sentencing (#38) is clearly untimely as it followed his original sentencing on July 24, 2007, and was not included in his § 2255 motion which followed.  More importantly, the issue of whether defendant was to receive concurrent or consecutive time to his state prison sentence was specifically addressed by defense motion before

the court at the time of his sentencing on July 24, 2007, and the motion was denied. It was the court's intention that defendant's unlawful re-entry sentence be consecutive to his Nevada state prison sentence because the two offenses were unrelated.

Good cause appearing, Defendant's request for Concurrent Sentence (#38) is hereby DENIED.

IT IS SO ORDERED.

DATED this 4th day of March, 2014.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE